FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2008 MAY 14  AM 9: 09

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

TRINITY VEL OWEN also known as
Camille Camie Someling also know as
Camille Sjomeling,

          Plaintiff,

vs.                              Case No. 2:08-cv-356-FtM-34SPC

COLLIER COUNTY; CPL. GARCIA #2736,

          Defendants.
_____

## ORDER OF DISMISSAL[1]

This matter comes before the Court upon initial review of the file. Plaintiff, who is proceeding *pro se* and currently in the custody of the Collier County Jail, initiated this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. #2, Complaint) in the United States District Court for the Southern District of Florida. See Doc. #1. The Southern District transferred Plaintiff's action to this Court. Id. The Complaint is one page in length and alleges Corporal Garcia "falsely imprisoned" Plaintiff. Complaint at 1. Plaintiff sues the defendants in their official and individual capacities. Id. Plaintiff did not accompany the filing of his Complaint with either

---

[1] This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically. However, it has been entered only to decide the matters addressed herein and is not intended for official publication or to serve as precedent.

a motion to proceed *in forma pauperis* or the requisite $350 filing fee. See generally docket history.

The Prison Litigation Reform Act (hereinafter PLRA), which amended 28 U.S.C. § 1915, contains the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Section 1915(g), known as the "Three Strikes Rule" permits a prisoner to file only "three meritless suits at the reduced rate." Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002). In determining whether this limitation has been met, the Court may consider prisoner actions dismissed before, as well as after, the enactment of the PLRA. Rivera v. Allin, 144 F.3d 719, 730 (11th Cir. 1998). Here, various federal courts have deemed Plaintiff a "three striker."[2] Because Plaintiff has had three or more qualifying dismissals and it does not appear that he is imminent danger of serious physical injury, this action will be dismissed

---

[2] According to the Court's Pacer search, Plaintiff has filed approximately 25 civil rights cases and has been deemed a three striker by the federal courts. See Civil No. 00-2782(JMR/JMM), Order entered by United States District Court in Minnesota. Subsequent to the court's determination that Plaintiff was a three striker, in April 2006, the United States District Court in Minnesota again dismissed one of Plaintiff's actions pursuant to 28 U.S.C. 1915(e).

without prejudice.  If Plaintiff wishes to prosecute this action, he is required to file a civil rights complaint form and pay the $350.00 filing fee in its entirety <u>at the time of filing</u>.

ACCORDINGLY, it is hereby

**ORDERED**:

1. Plaintiff's Complaint (Doc. #2) is **dismissed without prejudice**.

2. The Clerk of Court is directed to terminate any outstanding motions, enter judgment accordingly, and close this file

**DONE AND ORDERED** in Fort Myers, Florida, on this 13th day of May, 2008.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record